USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/9/2025__

7:24-cv-01568-NSR
HBA&MFL NY LLC v. Tatiana et al

ORDER

The Court, having been informed by Plaintiff and Defendants via e-mail of their intention to file dispositive motions, waives the pre-motion letter and conference requirement and sets forth the following briefing schedule:

(1) Plaintiff's moving papers are to be served (not filed) on or before November 21, 2025;

(2) Defendants' opposition and cross-moving papers are to be served (not filed) on or before January 9, 2026;

(3) Plaintiff's reply and cross-opposition papers are to be served (not filed) on or before February 25, 2026;

(4) Defendants' cross-reply papers are to be served and filed March 18, 2026.

All moving papers (for both parties) are to be filed by Defendants' cross-reply date, March 18, 2026. The parties are directed to mail two hard copies of their motion documents to Chambers as they are served.

The status teleconference scheduled for October 17, 2025 has been cancelled.

Dated: October 9, 2025
White Plains, New York

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE